IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY A. HENDERSON,<br>TERESA D. HENDERSON,<br>7400 8th Street, N.W.<br>Washington, DC 20012<br><br>LINDA L. HENDERSON,<br>4811 Minnesota Avenue, N.E. #101<br>Washington, DC 20019<br><br>BARBARA J. WHITAKER,<br>MICHAEL HENDERSON,<br>815 Fern Place, N.W.<br>Washington, DC 20012<br><br>and<br><br>TERRY D. NEW,<br>4117 28th Avenue<br>Temple Hills, MD 20748<br><br>Plaintiffs,<br><br>v.<br><br>UNION SQUARE MUSIC LIMITED,<br>International House, Queens Road<br>Brighton<br>East Sussex, BN1 3XE<br>United Kingdom<br><br>ILEY E. BROWN, JR.,<br>420 Taylor Street, N.E. #14C<br>Washington, DC 20017<br><br>and | ) | Case No.<br><br>**COMPLAINT** |

STRIDE RECORDS, INC., )
serve: Dion Christopher Smith )
7825 Miller Falls Rd )
Rockville, MD 20855 )
)
Defendants. )
)

**COMPLAINT**

**COME NOW** the Plaintiffs, Mary A. Henderson, Teresa D. Henderson, Linda Henderson, Michael Henderson, Barbara Whitaker, and Terry New, by and through undersigned counsel, and complain of the Defendants as follows:

THE PARTIES

1. Plaintiff Mary A. Henderson is a natural person and a citizen of the United States and of the District of Columbia. She is the daughter of the late Joe Isaac Henderson.

2. Plaintiff Teresa D. Henderson is a natural person and a citizen of the United States and of the District of Columbia. She is the daughter of the late Joe Isaac Henderson.

3. Plaintiff Linda L. Henderson is a natural person and a citizen of the United States and of the District of Columbia. She is the daughter of the late Joe Isaac Henderson.

4. Plaintiff Michael Henderson is a natural person and a citizen of the United States and of the District of Columbia. He is the son of the late Joe Isaac Henderson.

5. Plaintiff Barbara Whitaker is a natural person and a citizen of the United States and of the District of Columbia. She is the daughter of the late Joe Isaac Henderson.

6. Plaintiff Terry D. New is a natural person and a citizen of the United States and of the State of Maryland. She is the daughter of the late Joe Isaac Henderson.

7. Defendant Union Square Music Limited ("Union Square") is, on information and belief, a corporation organized under the laws of the United Kingdom, engaged in the business of selling musical recordings. Union Square markets and sells its products, including the products that are at issue in this lawsuit, throughout the United States and within the District of Columbia.

8. Defendant Iley E. Brown, Jr., is a natural person living and transacting business within the District of Columbia, on information and belief as a sole proprietor, under the name "Stride Records, Inc." Defendant Brown markets musical recordings, and purports to license rights in songs and sound recordings.

9. Defendant "Stride Records, Inc." was a Maryland corporation transacting business within the District of Columbia. Stride Records, Inc., ceased to exist on October 8, 2004. Stride Records was never admitted to transact business in the District of Columbia.

## JURISDICTION AND VENUE

10. This Court has jurisdiction over the subject matter of the complaint pursuant to 17 U.S.C. § 501(b) and 28 U.S.C. §§ 1331 and 1338.

11. This Court is the proper venue for the litigation of this matter pursuant to 28 U.S.C. §§ 1391 and 1400.

## STATEMENT OF FACTS

### Plaintiffs' Ownership of Valid, Timely-Registered Copyrights

12. Plaintiffs' late father, Joe Isaac Henderson of Washington, D.C., worked as a baker at the Wonder Bread Bakery until his retirement. However, Mr. Henderson's true passion was not Wonder Bread, but rhythm and blues music, particularly funk. For much of

his life, Mr. Henderson composed, performed, and recorded music.

13. In the early 1970s, Joe Isaac Henderson wrote a variety of songs, including "Crying" and "Give A Helping Hand." Mr. Henderson timely registered the copyrights in his original works in the Copyright Office.

14. A true and correct copy of Joe Isaac Henderson's copyright registration obtained from the Library of Congress, for "Crying," Registration No. E-262843, June 25, 1971, is attached hereto as Exhibit A.

15. A true and correct copy of Joe Isaac Henderson's copyright registration obtained from the Library of Congress, for "Give A Helping Hand," Registration No. E-442293, October 31, 1973, is attached hereto as Exhibit B.

16. Joe Isaac Henderson entered into a contract with Broadcast Music, Inc. ("BMI") to administer the copyrights in his music, under the name "Series Publishing."

17. On or about October 3, 1972, Joe Isaac Henderson recorded and produced a sound recording of "Crying," arranged by Charles Hampton, which was fixed in a 45rpm single record. The single contained visible and unambiguous copyright notices providing notice that Joe Isaac Henderson wrote, and owned all copyrights in the single's music. The single states: "Series Pub BMI. . . CRYING (J. I. Henderson)." A true and correct copy of the "Crying" single label is attached hereto as Exhibit C.

18. Accordingly, any reasonable person – especially one who is in the business of distributing sound recordings – would have been on notice that the song was authored by Joe Isaac Henderson and was the subject of registered copyrights that had been administered by BMI.

19. The "Crying" single was never offered for sale or distribution. The single record was wrapped in plain blank white sleeves, not in any sleeve intended for retail distribution. So packaged, the "Crying" single was sent to various radio stations and figures in the music industry as samples intended to promote Mr. Henderson's career.

20. In 1975, Joe Isaac Henderson recorded, produced and distributed a record album on which he was the primary performer, "Give A Helping Hand (Soul Country Man)." The album contained recordings of the title track, "Give A Helping Hand," and "Crying." The album was published under the imprint of "Piggylo Records," the trade name under which Henderson operated as a sole proprietor. Rick Henderson (no relation) was responsible for all arrangements, including an arrangement of "Crying" different from that contained in the "Crying" 45rpm single. True and correct photos of the sleeve jackets and record labels of the "Give A Helping Hand" album are attached hereto as Exhibit D.

21. The album contained visible and unambiguous copyright notices providing notice that Joe Isaac Henderson wrote, and owned all copyrights in, the album's music. The back of the album cover states: "All songs written and performed by J.I. Henderson." Each side of the record label states: "Series Pub BMI (P) 1975 . . . All songs written and performed by J.I. HENDERSON."

22. Accordingly, any reasonable person – especially one who is in the business of distributing sound recordings – would have been on notice that the songs were authored by Joe Isaac Henderson and were the subject of registered copyrights that had been administered by BMI.

23. Joe Isaac Henderson tirelessly promoted his music. Sadly, beyond selling a few copies of his "Give A Helping Hand" album (primarily from the back of his car), Henderson met with no commercial success. Very few copies of Henderson's album were sold.

24. On May 12, 1993, Joe Isaac Henderson passed away intestate. He was survived by his wife, Louise Henderson, and his children.

25. On October 6, 2003, Louise Henderson passed away. Per the residual clause of her last will and testament, Mrs. Henderson's interest in her late husband's copyrights devolved to her children. Accordingly, Plaintiffs obtained, and continue to own, full ownership of the copyrights in Joe Isaac Henderson's words, music, and sound recordings.

26. The initial twenty-eight (28) year terms of the Henderson copyrights were automatically extended by sixty-seven (67) years, and inhered in Plaintiffs, per 17 U.S.C. § 304(a)(1)(C)(ii). The renewal term automatically vested as of the last day of the initial twenty-eight year copyright terms, per 17 U.S.C. § 304(a)(2)(B)(ii).

27. Accordingly, Plaintiffs' copyright in the words and music to "Crying" now runs through June 25, 2066; Plaintiffs' copyright in the words and music to "Give A Helping Hand" now runs through October 31, 2068; Plaintiffs' copyright in the sound recording of the "Crying" 45 rpm single runs through October 3, 2067; and Plaintiffs' copyright in the sound recordings of the "Give A Helping Hand" album and all of its constituent tracks runs through March 1, 2070.

28. Although a renewal certificate is not required to gain the automatic renewal term, 17 U.S.C. § 304(a)(3)(b), Plaintiffs registered their automatic renewal terms in the lyrics and music to "Crying" and "Give A Helping Hand" on February 14, 2006. See Exhibit E, true and correct copy of renewal certificate for "Crying" lyrics and music, No. RE 927-596; and Exhibit F,

true and correct copy of renewal certificate for "Give A Helping Hand" lyrics and music, No. RE 927-602.

29. On February 6, 2006, Plaintiffs successfully registered their sound recording copyrights in the "Give A Helping Hand" album, including the title track. See Exhibit G, true and correct copy of "Give A Helping Hand" album sound recording registration, No. SR 386-045. On September 25, 2006, Plaintiffs successfully registered the renewal term in this copyright, see Exhibit H, true and correct copies of Form RE 929-436 and Addendum.

30. On September 25, 2006, Plaintiffs successfully registered their sound recording copyrights in the "Crying" single. See Exhibit I, true and correct copies of Form Sru 658-233.

Infringing Activities

31. On or about April 26, 2005, defendant Union Square published a pair of compact discs, sold as a double album, entitled "Superfly Soul: Riding Through the Ghetto. First Class Funk and Capital Grooves." This double-album is widely available throughout the United States, including the District of Columbia. The fifteenth track on the first of these compact discs is Joe Isaac Henderson's "Crying," an exact duplicate of the sound recording from Henderson's "Crying" single. The fourth track on the second of these compact discs is Joe Isaac Henderson's "Give A Helping Hand," an exact duplicate of the sound recording of the title track of Henderson's album.

32. Plaintiffs never authorized, in any way, this publication of their copyrighted material.

33. The liner notes to defendant Union Square's infringing compact discs state, incorrectly, that the songs are written by "C. Hampton" and are licensed through Stride Records.

34. Plaintiffs have never authorized Defendants Stride Records, Inc. or Iley Brown to license their rights in the lyrics, music, or sound recordings of their late father's music. Plaintiffs have been in continuous possession of the original studio sound recordings since their father's passing.

**FIRST CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT OF "CRYING"**
**17 U.S.C. §§ 106, 501**

35. Paragraphs 1 through 34 are hereby incorporated as though fully set forth herein.

36. Defendants Union Square, Brown, and Stride Records have willfully infringed Plaintiffs' copyrights to the words and music of "Crying" by publishing that song without authorization, in violation of 17 U.S.C. §§ 106 and 501.

37. At the time Defendants published "Crying," the copyrights in the words and music of the song were registered. These rights were, and are, exclusively owned by the Plaintiffs.

38. The only available sources of the song "Crying" were a record album and single, each of which plainly advise that this song was written by Joe Isaac Henderson, and that all copyrights in the song belonged to Joe Isaac Henderson and/or his publishing imprint, Series Publishing.

39. Defendants were in possession of the "Give A Helping Hand" album and "Crying" single at the time they published the "Superfly Soul" CDs.

40. Defendants' infringement of "Crying" was knowing, willful and intentional.

41. Plaintiffs are entitled to the greater of their actual damages or statutory fees up to $150,000.00 for this infringement, attorney fees, and injunctive and declaratory relief.

**SECOND CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT OF "GIVE A HELPING HAND"**
**17 U.S.C. §§ 106, 501**

42. Paragraphs 1 through 41 are hereby incorporated as though fully set forth herein.

43. Defendants Union Square, Brown, and Stride Records have willfully infringed Plaintiffs' copyrights to the words and music of "Give A Helping Hand" by publishing that song without authorization, in violation of 17 U.S.C. §§ 106 and 501.

44. At the time Defendants published "Give A Helping Hand," the copyrights in the words and music of the song were registered. These rights were, and are, exclusively owned by the Plaintiffs.

45. The only available source of the song "Give A Helping Hand" was a record album which plainly advises that this song was written by Joe Isaac Henderson, and that all copyrights in the song belonged to Joe Isaac Henderson and/or his publishing imprint, Series Publishing.

46. Defendants' infringement of "Give A Helping Hand" was willful and intentional.

47. Plaintiffs are entitled to the greater of their actual damages or statutory fees up to $150,000.00 for this infringement, attorney fees, and injunctive and declaratory relief.

**THIRD CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT – SOUND RECORDING OF "CRYING"**
**17 U.S.C. §§ 106, 114, 501**

48. Paragraphs 1 through 47 are hereby incorporated as though fully set forth herein.

49. Defendants Union Square, Brown, and Stride Records have willfully infringed Plaintiffs' copyrights to the sound recording of "Crying" by publishing that sound recording without authorization, in violation of 17 U.S.C. §§ 106, 114 and 501.

50. The only available source of the sound recording of "Crying" published by Defendants was a 45 rpm single record which plainly advises that this song was produced by Joe Isaac Henderson, and that all copyrights in the song belonged to Joe Isaac Henderson and/or his publishing imprint, Series Publishing.

51. Defendants' infringement of the sound recording of "Crying" was willful and intentional.

52. Plaintiffs are entitled to damages for this infringement, and injunctive and declaratory relief.

**FOURTH CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**SOUND RECORDING OF "GIVE A HELPING HAND"**
**17 U.S.C. §§ 106, 114, 501**

53. Paragraphs 1 through 52 are hereby incorporated as though fully set forth herein.

54. Defendants Union Square, Brown, and Stride Records have willfully infringed Plaintiffs' copyrights to the sound recording of "Give A Helping Hand" by publishing that sound recording without authorization, in violation of 17 U.S.C. §§ 106, 114 and 501.

55. The only available source of the sound recording of "Give A Helping Hand" published by Defendants was a record album which plainly advises that this song was produced by Joe Isaac Henderson, and that all copyrights in the song belonged to Joe Isaac Henderson and/or his publishing imprint, Series Publishing.

56. Defendants' infringement of the sound recording of "Give A Helping Hand" was willful and intentional.

57. Plaintiffs are entitled to damages for this infringement, and injunctive and declaratory relief.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs request that judgment be entered in their favor and against Defendants as follows:

ON THE FIRST AND SECOND CAUSES OF ACTION:

1. The greater of actual damages or statutory damages in the amount of $150,000, at Plaintiffs' election prior to judgment, on each act of infringement;

2. Attorneys Fees and Costs;

ON THE THIRD AND FOURTH CAUSES OF ACTION:

3. Actual damages;

ON ALL CAUSES OF ACTION:

4. An order permanently enjoining Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, from making any further distribution or copying of Plaintiffs' copyrighted works absent Plaintiffs' permission; and (2) further commanding Defendants, their officers, agents, servants, employees and all persons in active concert or participation with them who receive actual notice of the injunction, to destroy all unauthorized copies Plaintiffs' copyrighted works and make full accounting to Plaintiffs of same.

ON ALL CAUSES OF ACTION:

5. Costs of suit; and

6. Any other further relief as the Court deems just and appropriate.

PLAINTIFFS DEMAND TRIAL BY JURY.

Dated: October 26, 2007

Respectfully submitted,

Samuel M. Shapiro (D.C. Bar No.176420)
Samuel M. Shapiro, P.A.
200 Monroe Street, Suite A233
Rockville, MD 20850
301.340.1333/Fax 301.340.1149

Alan Gura (D.C. Bar No. 453449)
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

By: ______________________________
Samuel M. Shapiro

By: ______________________________
Alan Gura

Attorneys for Plaintiffs

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I (a) PLAINTIFFS**

Mary Henderson, Teresa Henderson, Linda Henderson, Michael Henderson, Barbara Whitaker, Terry New

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Washington DC
**(EXCEPT IN U.S. PLAINTIFF CASES)**

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085

**DEFENDANTS**

Union Square Music Ltd., Iley E. Brown Jr., Stride Records, Inc.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
**(IN U.S. PLAINTIFF CASES ONLY)** ______
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ◉ 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**○ A. *Antitrust***

- ☐ 410 Antitrust

**○ B. *Personal Injury/ Malpractice***

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. *Administrative Agency Review***

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. *Temporary Restraining Order/Preliminary Injunction***

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**◉ E. *General Civil (Other)*** OR **○ F. *Pro Se General Civil***

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☒ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding ○ 2 Removed from State Court ○ 3 Remanded from Appellate Court ○ 4 Reinstated or Reopened ○ 5 Transferred from another district (specify) ○ 6 Multi district Litigation ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

17 USC § 501: Infringement of registered copyrights in words & music, and sound recordings

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A **CLASS** ACTION UNDER F.R.C.P. 23 **DEMAND $** $300,000 and/or actual damages Check YES only if demanded in complaint

**JURY DEMAND:** YES ☒ NO ☐

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

**DATE** Nov. 15, 2007 **SIGNATURE OF ATTORNEY OF RECORD** ______________________

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

FORM E

Page 1

| CLASS | REGISTRATION NO. |
|---|---|
| E | E u 262843 DO NOT WRITE HERE |

# Application for Registration of a Claim to Copyright

in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with:

(a) If unpublished, one complete copy of the work and the registration fee of $6.

(b) If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name: Joe Isaac Henderson

Address: 534 Hobart Pl. N.W., Wash. D.C. 20001

Name:

Address:

**2. Title:** CRYING
(Give the title of the musical composition as it appears on the copies)

**3. Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. Organizations formed under U.S. Federal or State law are U.S. citizens.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name: Joe Isaac Henderson (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: U.S.A. ✓ (Check if U.S. citizen) Other: (Name of country)

Domiciled in U.S.A. Yes ✓ No Address: 534 Hobart Pl. N.W. Wash. D.C. Author of: Words & Music (State which: words, music, arrangement, etc.)

Name: (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: U.S.A. (Check if U.S. citizen) Other: (Name of country)

Domiciled in U.S.A. Yes No Address: Author of: (State which: words, music, arrangement, etc.)

Name: (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: U.S.A. (Check if U.S. citizen) Other: (Name of country)

Domiciled in U.S.A. Yes No Address: Author of: (State which: words, music, arrangement, etc.)

NOTE: **Leave all spaces of line 4 blank unless your work has been PUBLISHED.**

**4. (a) Date of Publication:** Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made or printed, or the date when the work was performed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

(Month) (Day) (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the work was first published.

NOTE: **Leave all spaces of line 5 blank unless the instructions below apply to your work.**

**5. Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes No Date of registration Registration number

Was work previously published? Yes No Date of publication Registration number

Is there any substantial NEW MATTER in this version? Yes No If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.)

EXAMINER

*Complete all applicable spaces on next page*

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of acc...

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name See Line 8 Address

8. Send certificate to:

(Type or print name and address)

Name Joe I. Henderson

Address 534 Hubart Place N.W. (Number and street)

Washington, D.C. 20001 (City) (State) (ZIP code)

9. Certification: (Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

Joe Isaac Henderson
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A Form A—Published book manufactured in the United States of America.

Class A or B
- Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
- Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B
- Form B—Periodical manufactured in the United States of America.
- Form BB—Contribution to a periodical manufactured in the United States of America.

Class C Form C—Lecture or similar production prepared for oral delivery.

Class D Form D—Dramatic or dramatico-musical composition.

Class E
- Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
- Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F Form F—Map.

Class G Form G—Work of art or a model or design for a work of art.

Class H Form H—Reproduction of a work of art.

Class I Form I—Drawing or plastic work of a scientific or technical character.

Class J Form J—Photograph.

Class K
- Form K—Print or pictorial illustration.
- Form KK—Print or label used for an article of merchandise.

Class L or M Form L-M—Motion picture.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

**FOR COPYRIGHT OFFICE USE ONLY**

| Application received | |
|---|---|
| One copy received | |
| Two copies received | |
| Fee received 117812 JUN 25 '71 | |
| Renewal | |

U.S. GOVERNMENT PRINTING OFFICE: 1970—O—405-836

Page 1

Applicat... in a musical ... States of ...

Instructions: ... completed be... be SIGNED ... should not be ... in line 4(a), ... For fu... Pages 1 and ... Pages 3 ... pages 1 ar...

1. Copyright ... published wo...

Name ... Address ... Name ... Address ...

2. Title: ...

3. Authors: ... given. When ... author. Org... law are U.S. ...

Name ... (Give ... Domiciled in U... Name ... (Give ... Domiciled in U... Name ... (Give ... Domiciled in U...

4. (a) Date ... this particula... sold, or publi...

(b) Place ...

5. Previous ... rights in any ... registered in ... Was work previ... Was work previ... Is there any ... statement of ... tion, editorial...

CLASS E | REGISTRATION NO. Eu 442293 | DO NOT WRITE HERE | EP | EU

# Application for Registration of a Claim to Copyright

in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

Instructions: Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with:

(a) If unpublished, one complete copy of the work and the registration fee of $6.

(b) If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

1. **Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name: JOE Isaac HENdERSON

Address: 534 HobaRT. PL. NW. Washington. DC. 20001

Name:

Address:

2. **Title:** Give A HelPiNg Hand
(Give the title of the musical composition as it appears on the copies)

3. **Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. Organizations formed under U.S. Federal or State law are U.S. citizens.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name: JOE Isaac HENdERSON (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: U.S.A. X Other ........ (Name of country)
Domiciled in U.S.A. Yes X No ..... Address 534 HobaRT Pl. NW. WasH. Author of words & Music (State which: words, music, arrangement, etc.)

Name: JOE Isaac HeNderson (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: U.S.A. X Other ........ (Name of country)
Domiciled in U.S.A. Yes X No ..... Address 534 Hobart PL. NW. WasH. DC. Author of words Music & arrangement (State which: words, music, arrangement, etc.)

Name: ........ (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: U.S.A. ..... Other ........ (Name of country)
Domiciled in U.S.A. Yes ..... No ..... Address ........ Author of ........ (State which: words, music, arrangement, etc.)

**NOTE: Leave all spaces of line 4 blank unless your work has been PUBLISHED.**

4. (a) **Date of Publication:** Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made or printed, or the date when the work was performed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

........ (Month) (Day) (Year)

(b) **Place of Publication:** Give the name of the country in which this particular version of the work was first published.

........

**NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work.**

5. **Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes ..... No ..... Date of registration ........ Registration number ........

Was work previously published? Yes ..... No ..... Date of publication ........ Registration number ........

Is there any substantial NEW MATTER in this version? Yes ........ No ........ If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.)

........

EXAMINER VG

*Complete all applicable spaces on next page*

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name JOE ISAAC HENDERSON Address 534 HOBART PL. NW. WASH

8. Send certificate to:

(Type or print name and address)

Name JOE ISAAC HENDERSON

Address 534 HOBART PL. NW (Number and street)

WASHINGTON (City) DC (State) 20001 (ZIP code)

9. Certification: (Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

Joe Isaac Henderson (Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A Form A—Published book manufactured in the United States of America.

Class A or B
- Form A-B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
- Form A-B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B
- Form B—Periodical manufactured in the United States of America.
- Form BB—Contribution to a periodical manufactured in the United States of America.

Class C Form C—Lecture or similar production prepared for oral delivery.

Class D Form D—Dramatic or dramatico-musical composition.

Class E
- Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
- Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F Form F—Map.

Class G Form G—Work of art or a model or design for a work of art.

Class H Form H—Reproduction of a work of art.

Class I Form I—Drawing or plastic work of a scientific or technical character.

Class J Form J—Photograph.

Class K
- Form K—Print or pictorial illustration.
- Form KK—Print or label used for an article of merchandise.

Class L or M Form L-M—Motion picture.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| One copy received | |
| Two copies received | |
| Fee received 87357 OCT 31 73 | |
| Renewal | |

U.S. GOVERNMENT PRINTING OFFICE: 1970—O-408-936

Page 1 2

for Regist... in a musical compo... of the United St... in the United Stat... Instructions: Mak... completed before ... be SIGNED at li... should not be subr... in line 4(a), and ... date. For furthe... Pages 1 and 2 s... ink. Pages 3 and ... as pages 1 and 2.

1. Copyright Cl... published works

Name Joe I...

Address 112...

Name

Address

2. Title: B...

3. Authors: Ci... given. Where ... author. Organ... law are U.S. ci...

Name Joe I... (Give f...

Domiciled in U.S.

Name (Give

Domiciled in U.

Name (Give

Domiciled in U

4. (a) Date ... this particula... sold, or publi...

(b) Place

5. Previous ... right in an... registered i... Was work pr... Was work pr... Is there any ... statement o... tion, editor...


Piggylo Records
JOE ISAAC HENDERSON
CRYING
STEREO
PIGGYLO

# GIVE A HELPING HAND







# J. I. HENDERSON

(Soul Country Man)



PIGGYLO RECORDS

STEREO PI-1012

# GIVE A HELPING HAND

## J. I. HENDERSON

**(Soul Country Man)**

| SIDE ONE | | SIDE TWO | |
|---|---|---|---|
| LOVE | 2:58 | UNFAITHFUL | 2:33 |
| GIVE A HELPING HAND | 4:53 | CRYING | 2:49 |
| GOOD TIME AGAIN | 2:17 | SINCE OUR SEPARATION | 2:15 |
| GHETTO MAN | 2:57 | CHANGE IN MY HEART | 2:35 |
| LOVE (band track) | 2:58 | GHETTO MAN (band track) | 2:57 |

All songs written and performed by J. I. Henderson
Arranged and conducted by Rick Henderson for
PICCYLO Productions


PIGGYLO
GIVE A HELPING HAND
J. I. HENDERSON
(Soul Country Man)
Side One
Stereo
PI - 1021
All music
arranged and
conducted by
Rick Henderson
The sound
of soul
and country
music
Go Piggylo Go
BMI
(P) 1975
LOVE 2:58
GIVE A HELPING HAND 4:53
GOOD TIME AGAIN 2:17
GHETTO MAN 2:57
LOVE (band track) 2:58
All songs written and performed by
J. I. HENDERSON
PIGGYLO RECORDS


PIGGYLO
GIVE A HELPING HAND
J. L. HENDERSON
CRYING
SINCE OUR SEPARATION
CHANGE IN MY HEART
GHETTO MAN

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America




RE 927-596

EFFECTIVE DATE OF RENEWAL REGISTRATION

FEB 14 2006

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (FORM RE/CON).

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼** (See Instructions)

**a**
Name: Barbara J. Whitaker
Address: 815 Fern Pl N.W.; Wash. DC 20012
Claiming as: Child of deceased Author
(Use appropriate statement from instructions)

**b**
Name: Mary, Teresa, Linda + Michael Henderson
Address: 815 Fern Pl. N.W.; Wash DC 20012
Claiming as: Children of deceased author

**c**
Name: Terry D. New
Address: 4117 28th Ave; Temple Hills, MD
Claiming as: Child of deceased Author

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼**

CRYING

**RENEWABLE MATTER ▼**

words + music

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial, give: Volume ▼ Number ▼ Issue Date ▼

**AUTHOR(S) OF RENEWABLE MATTER ▼** (If any author is deceased, give month, day, and year of death.)

Name: Joe Isaac Henderson Date of death: 5/12/1993
Name: Date of death:
Name: Date of death:

**ORIGINAL REGISTRATION NUMBER ▼** EU 262 843

**ORIGINAL COPYRIGHT CLAIMANT ▼** Joe Isaac Henderson

**ORIGINAL DATE OF COPYRIGHT**

If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: (Month) (Day) (Year)

OR

If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION: ~~6 25 1981~~ (Month) 6 (Day) 25 (Year) 1971

**MORE ON BACK ➤** • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
• See detailed instructions. • Sign the form at space 7.

DO NOT WRITE HERE

RENEWAL APPLICATION RECEIVED FEB 14 2006

FORM RE

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| CORRESPONDENCE ☐ YES | |
| EXAMINED BY [signature] | |
| CHECKED BY | |
| FUNDS RECEIVED | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (FORM RE/CON).**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**a**
Title of Contribution: ..........
Title of Periodical: .......... Vol: ...... No: ...... Issue Date: ......
Date of Publication: .......... (Month) (Day) (Year) Registration Number: ..........

**b**
Title of Contribution: ..........
Title of Periodical: .......... Vol: ...... No: ...... Issue Date: ......
Date of Publication: .......... (Month) (Day) (Year) Registration Number: ..........

**c**
Title of Contribution: ..........
Title of Periodical: .......... Vol: ...... No: ...... Issue Date: ......
Date of Publication: .......... (Month) (Day) (Year) Registration Number: ..........

**d**
Title of Contribution: ..........
Title of Periodical: .......... Vol: ...... No: ...... Issue Date: ......
Date of Publication: .......... (Month) (Day) (Year) Registration Number: ..........

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ______

Account Number ______

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name Barbara J. Whitaker

Address 815 Fern Pl NW (Apt)

WASH (City) DC (State) 20012 (ZIP)

Area code and daytime telephone number ▶ 2/205-9394 Fax number ▶ ______ Email address ▶ bwhitaker@acf.hhs.gov

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one)

☒ renewal claimant ☐ duly authorized agent of ______ (Name of renewal claimant) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Barbara J. Whitaker Date ▼ 2/13/06

Handwritten signature (X) ▼ Barbara J Whitaker

**Certificate will be mailed in window envelope to this address:**

Name ▼ Barbara J. Whitaker

Number/Street/Apt ▼ 815 Fern Pl NW

City/State/ZIP ▼ WASH DC 20012

• Complete all necessary spaces
• Sign your application in space 7

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Certificate of Registration







This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

RE 927-602



EFFECTIVE DATE OF RENEWAL REGISTRATION

Feb 14 2006
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (FORM RE/CON).

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼ (See Instructions)

**a**
Name: Barbara J. Whitaker
Address: 815 Fern Pl NW; Wash DC 20012
Claiming as: Child of deceased Author
(Use appropriate statement from Instructions)

**b**
Name: Mary, Teresa, Michael + Linda Henderson
Address: 815 Fern Pl NW; Wash DC 20012
Claiming as: Children of deceased Author

**c**
Name: Terry D. New
Address: 4117 28th Ave; Temple Hills, MD
Claiming as: Child of deceased Author

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼

Give A Helping Hand

RENEWABLE MATTER ▼

words + music

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial, give: Volume ▼ Number ▼ Issue Date ▼

AUTHOR(S) OF RENEWABLE MATTER ▼ (If any author is deceased, give month, day, and year of death.)

Name: Joe Isaac Henderson Date of death: 5/12/1993
Name: Date of death:
Name: Date of death:

ORIGINAL REGISTRATION NUMBER ▼ ORIGINAL COPYRIGHT CLAIMANT ▼

EU 442293 Joe Isaac Henderson

ORIGINAL DATE OF COPYRIGHT

If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: (Month) (Day) (Year)

OR

If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION: 10 31 1973
(Month) (Day) (Year)

MORE ON BACK ➤ • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
• See detailed instructions. • Sign the form at space 7.

DO NOT WRITE HERE

RENEWAL APPLICATION RECEIVED FEB 14 2006

FORM RE

CORRESPONDENCE ☐ YES

EXAMINED BY

CHECKED BY

FUNDS RECEIVED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (FORM RE/CON).**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**a**

Title of Contribution:

Title of Periodical: Vol: No: Issue Date:

Date of Publication: (Month) (Day) (Year) Registration Number:

**b**

Title of Contribution:

Title of Periodical: Vol: No: Issue Date:

Date of Publication: (Month) (Day) (Year) Registration Number:

**c**

Title of Contribution:

Title of Periodical: Vol: No: Issue Date:

Date of Publication: (Month) (Day) (Year) Registration Number:

**d**

Title of Contribution:

Title of Periodical: Vol: No: Issue Date:

Date of Publication: (Month) (Day) (Year) Registration Number:

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name Barbara J. Whitaker

Address 815 Fern Place, NW (Apt)

Washington (City) DC (State) 20012 (ZIP)

Area code and daytime telephone number ▶ 202/205-8394 Fax number ▶ Email address ▶ bwhitaker@acf.hhs.gov.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one)

☒ renewal claimant ☐ duly authorized agent of Barbara J Whitaker (Name of renewal claimant) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Barbara J. Whitaker Date ▼ 2/11/2006

Handwritten signature (X) ▼ Barbara J Whitaker

**Certificate will be mailed in window envelope to this address:**

Name ▼ Barbara J. Whitaker

Number/Street/Apt ▼ 815 Fern Pl NW

City/State/ZIP ▼ Wash DC 20012

• Complete all necessary spaces
• Sign your application in space 7

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration

**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

Marybeth Peters

Register of Copyrights, United States of America

REG SR 386-045



*SR0000386045*

SR SRU

EFFECTIVE DATE OF REGISTRATION

FEB 06 2006

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

Give A Helping Hand

**PREVIOUS, ALTERNATIVE OR CONTENTS TITLES (CIRCLE ONE) ▼** 1- Change In my Heart 2- Give A Helping Hand ~~3=I Know-How-Ev-feel~~-4-Crying ~~5-I-Truly Believe In Love~~ ~~6=Outside Loving~~ 7-Since OUR Separation 8-unfaithful

## 2

**NAME OF AUTHOR ▼**

a Joe Isaac Henderson

**DATES OF BIRTH AND DEATH** Year Born ▼ 1930 Year Died ▼ 1993

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country OR { Citizen of ▶ USA / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☒ No Pseudonymous? ☐ Yes ☒ No — If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

Sound Recording

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

b N/A

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

c N/A

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**

a 1975 ◀ Year — This information must be given in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**

b Complete this information ONLY if this work has been published. Month ▶ March Day ▶ 1 Year ▶ 1975

USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

a Barbara Whitaker; Mary Henderson; Teresa Henderson; Michael Henderson; and Linda Henderson c/o Barbara Whitaker at 815 Fern Place nw wash DC 20012 Terry Henderson 4117 28th Ave Temple Hills MD

See instructions before completing this space.

APPLICATION RECEIVED FEB 06 2006

ONE DEPOSIT RECEIVED FEB 06 2006

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

b By Will

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

*Amended by C.O. from phone call to Barbara Whitaker on March 28, 2006.

EXAMINED BY [illegible] FORM SR

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a** NONE

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b** NONE

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

**a** None

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b** Barbara Whitaker
815 Fern Place nw
washington DC 20012

Area code and daytime telephone number 202 205-8394 Fax number
Email bwhitaker@acf.hhs.gov

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☒ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of \
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Date 2/6/2006

Handwritten signature (x) ▼
X Barbara J Whitaker

**9**

**Certificate will be mailed in window envelope to this address**

Name ▼ Barbara Whitaker
Number/Street/Apt ▼ 815 Fern Place nw
City/State/ZIP ▼ Wash DC 20012

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office - SR
101 Independence Avenue, S.E.
Washington, D.C. 20559-6237

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



C

Certificate of Registration

# FORM RE

For Renewal of a Work
UNITED STATES COPYRIGHT OFFICE


RE RE 929-436




EFFECTIVE DATE OF RENEWAL REGISTRATION

SEP 25 2006
Month Day Year

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (FORM RE/CON).

**1** RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼ (See instructions)

a
Name: Barbara Whitaker
Address: 815 Fern Pl N.W.; WASH DC 20012
Claiming as: Child of deceased Author
(Use appropriate statement from instructions)

b
Name: Mary, Teresa, Michael + Linda Henderson
Address: 7400 8th ST NW; WASH DC 20012
Claiming as: Children of deceased

c
Name: Terry New
Address: 4117 28th Ave; Temple Hills, MD
Claiming as: Child of deceased

**2** TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼ * Album Title: GIVE A HELPING HAND
(1) Give A Helping Hand (2) Crying (3) Good Time Again (4) Love (5) Love (band Track) (6) Ghetto Man (7) Ghetto man (band Track) (8) Since Our Seperation (9) Unfaithful (10) Change in My Heart

RENEWABLE MATTER ▼

Sound Recording

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼

**3** AUTHOR(S) OF RENEWABLE MATTER ▼

Joe Isaac Henderson ** Date of death: 1993

**4** ORIGINAL REGISTRATION NUMBER ▼ ORIGINAL COPYRIGHT CLAIMANT ▼

*** Addendum See Addendum * PIGGYLO RECORDS

ORIGINAL DATE OF COPYRIGHT

If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: 3 (Month) 1 (Day) 75 (Year)

OR

If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION: (Month) (Day) (Year)

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-8) on the reverse side of this page. • See detailed instructions. • Sign the form at space 7.

DO NOT WRITE HERE

* Added by C.O. from deposit (identifying material).
** Added by C.O. from previous PA and SR registrations.
*** Added by C.O.

RENEWAL APPLICATION RECEIVED SEP 25 2006

FORM RE

CORRESPONDENCE X YES

EXAMINED BY We

CHECKED BY

FUNDS RECEIVED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (FORM RE/CON).**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

5

**a**
Title of Contribution:
Title of Periodical: Vol: No: Issue Date:
Date of Publication: (Month) (Day) (Year) Registration Number:

**b**
Title of Contribution:
Title of Periodical: Vol: No: Issue Date:
Date of Publication: (Month) (Day) (Year) Registration Number:

**c**
Title of Contribution:
Title of Periodical: Vol: No: Issue Date:
Date of Publication: (Month) (Day) (Year) Registration Number:

**d**
Title of Contribution:
Title of Periodical: Vol: No: Issue Date:
Date of Publication: (Month) (Day) (Year) Registration Number:

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

6

Name Barbara J. Whitaker
Address 815 Fern Pl NW (Apt)
WASH DC 20012
(City) (State) (ZIP)

Area code and daytime telephone number ▶ (202) 744-3991 ~~(202) 205-8394~~
Fax number ▶
Email Address ▶ bwhitaker@ACF.hhs.gov

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one)
☒ renewal claimant ☐ duly authorized agent of Barbara J. Whitaker
(Name of renewal claimant) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

7

Typed or printed name ▼ Barbara J. Whitaker
Date ▼ 9/25/2006

Handwritten signature (X) ▼ Barbara J. Whitaker

**Certificate will be mailed in window envelope to this address:**

Name ▼ Barbara J. Whitaker
Number/Street/Apt ▼ 815 Fern Pl NW
City/State/ZIP ▼ Wash DC 20012

8

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 7

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form RE is $45.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# ADDENDUM TO FORM RE

ADDENDUM TO FORM RE
For Renewal
UNITED STATES COPYRIGHT OFFICE

RE 929-436



SEP 25 2006

THIS FORM MUST BE COMPLETED FOR ALL WORKS PUBLISHED BETWEEN JANUARY 1, 1964, AND DECEMBER 31, 1977, *THAT WERE NOT REGISTERED DURING THEIR FIRST 28-YEAR TERM.*

15300217.

* Added by C.O. from deposit (identifying material).

DO NOT WRITE ABOVE THIS LINE.

**1** TITLE OF WORK IN WHICH RENEWAL IS CLAIMED: ▼ * Album Title: GIVE A HELPING HAND

(1) Give A Helping Hand (2) Crying (3) Good Time Again (4) Love (5) Love (band Track) (6) Ghetto Man (7) Ghetto Man (band Track) (8) Since Our Seperation (9) Unfaithful (10) Change In My Heart

**2** NAME OF THE AUTHOR(S): ▼

Joe Isaac Henderson

**3** CITIZENSHIP AND/OR DOMICILE OF THE AUTHOR(S) AT THE TIME THE WORK WAS FIRST PUBLISHED: ▼

USA

**4** DATE AND NATION OF FIRST PUBLICATION:

Month▼ March Day▼ 1 Year▼ 1975 Nation▼ USA

**5** Manufacture:

A. If this is a nondramatic literary work or a two-dimensional print or label, the country in which the work was manufactured:▼ N/A

B. The processes by which the work was manufactured:▼

**6** DEPOSIT: (Check one)

☒ A. One complete copy of this work as first published is deposited with this application.

☐ B. A complete copy of this work as first published cannot be deposited for the following reason:▼

**7** VERIFICATION OF NOTICE:

I hereby aver that all copies of this work as first published bore the copyright notice as it appears in the accompanying deposit materials and said copyright notice appeared on all copies of the work published in the United States until December 31, 1977.

Signature of applicant: Barbara J. Whitaker

**8** CERTIFICATION:

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signature of applicant: Barbara J. Whitaker

Date signed:

Daytime telephone number: (202) 205-8394 or 2/744-3991

FAX number if any:

Email address: bwhitaker @ ACF. hhs. gov

DO NOT WRITE HERE
OFFICE USE ONLY

ADDENDUM RECEIVED
SEP 25 2006

DEPOSIT RECEIVED
SEP 25 2006

Certificate of Registration

**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SRu658–233



EFFECTIVE DATE OF REGISTRATION

9 25 06
Month Day Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1** TITLE OF THIS WORK ▼

Crying (Hampton Version)

PREVIOUS ALTERNATIVE OR CONTENTS TITLES (CIRCLE ONE) ▼

**2 a** NAME OF AUTHOR ▼ Joe Isaac Henderson

DATES OF BIRTH AND DEATH Year Born ▼ 1930 Year Died ▼ 1993

Was this contribution to the work a work made for hire? ☐ Yes ☒ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of ▶ USA Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☒ No Pseudonymous? ☐ Yes ☒ No — If the answer to either of these questions is Yes, see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼ Sound Recording

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions). For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is Yes, see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is Yes, see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED 1972 ◀ Year — This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK — Complete this information ONLY if this work has been published. Month ▶ Day ▶ Year ▶ ◀ Nation

**4 a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼ Barbara Whitaker – 815 Penn Pl NW Wash DC 20012, Mary, Teresa, Michael + Linda Henderson – 7400 8th St NW · Wash DC 20012, Terry New – 4117 28th Ave, Temple Hills, MD

See instructions before completing this space

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼ By Will

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED 9·25·06

ONE DEPOSIT RECEIVED 9·25·06

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5–9) on the reverse side of this page. See detailed instructions. Sign the form at line 8

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY Rn

FORM SR

CHECKED BY

CORRESPONDENCE
☑ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give **Previous Registration Number** ▼ **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

a N/A

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b N/A

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

a N/A

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

b Barbara J Whitaker
915 Fern Pl NW. Wash DC 20012

Area code and daytime telephone number
Fax number
Email bwhitaker@acf.hhs.gov

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☑ owner of exclusive right(s)
☐ authorized agent of
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara J. Whitaker Date 9/25/06

Handwritten signature (x) ▼
x Barbara J Whitaker

**9**

Certificate will be mailed in window envelope to this address

| | |
|---|---|
| Name ▼ | Barbara J Whitaker |
| Number/Street/Apt ▼ | 915 Fern Pl NW |
| City/State/Zip ▼ | Wash DC 20012 |

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form SR Rev 07/2006 Print 07/2006—xx,000 Printed on recycled paper
U.S. Government Printing Office 2006-xxx-xxx/60,xxx