IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY A. HENDERSON, et al., | ) | Case No. 1:07-CV-02081 |
| | ) | |
| Plaintiffs, | ) | **RETURN OF SERVICE** |
| | ) | |
| v. | ) | |
| | ) | |
| UNION SQUARE MUSIC, LTD., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### **RETURN OF SERVICE**

I, Alan Gura, declare as follows:

1.	On January 10, 2008, I served an original summons, and a true and correct copy of the complaint in this action, upon Deion Christopher Smith, as registered agent for service of process of Defendant Stride Records, by first class certified-return receipt U.S. Mail pursuant to Fed. R. Civ. P. 4(h)(1)(A), (e)(1) and D.C. SCR-Civil 4(c)(3).

2.	Mr. Smith received the papers on January 23, 2008.  A copy of the certified mail receipt and signed certified return receipt is attached hereto as Exhibit A.

3.	Mr. Smith subsequently contacted my office, acknowledged that he had received the papers, and agreed to forward them to Defendant Stride Records.

4.	Subsequently, I have been in contact with an attorney for Defendant Stride Records.  The attorney claimed service on Stride was defective but declined to offer a reason for this claim.  At the time of service Mr. Smith was the only registered agent for service of process for Stride Records, and was served in accordance with the law for service of process in this jurisdiction.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 28th day of February, 2008.

_____
Alan Gura

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   STRIDE RECORDS
   c/o DION C. SMITH
   7825 MILLER FALLS RD
   Rockville MD
   20855

2. Article Number (Transfer from service label): 7007 1490 0003 8380 1766

PS Form 3811 February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ C. _____  ☐ Agent  ☑ Addressee

B. Received by (Printed Name): DION C. SMITH
C. Date of Delivery: 1-23-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $2.33 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $7.13 |

Sent To: STRIDE RECORDS
Street, Apt. No.; or PO Box No.: 7825 MILLER FALLS RD
City, State, ZIP+4: Rockville MD 20855

7007 1490 0003 8380 1766