UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY A. HENDERSON, et al. )<br>)<br>Plaintiffs )<br>)<br>v.            )   Case No. 07-2081 JR<br>)<br>UNION SQUARE MUSIC LIMITED, )<br> et al.            )<br>)<br>Defendants ) | |

### PLAINTIFFS' MOTION TO EXTEND TIME FOR SERVING DEFENDANT ILEY E. BROWN, JR.

COME NOW the plaintiffs, Mary A. Henderson, et al. by and through their attorneys, Alan Gura and Samuel M. Shapiro and move this Honorable Court to extend the time for plaintiffs to serve defendant Iley E. Brown, Jr. through and including May 17, 2008 and for reasons, states as follows:

1. Several previous attempts to locate and serve defendant Brown have not been successful.

2. The plaintiffs are seeking information and making efforts to serve the said defendant but are not sure they can do so within the 120 days permitted from the initial filing date of November 15, 2007 and request the additional 60 days to allow them to obtain service on the said defendant.

3. This motion is made pursuant to U.S.C.S. Fed. Civ. Rules Civ. Proc. R 4(m).

WHEREFORE, the plaintiffs pray:

That they be permitted through and including May 17, 2008 to serve the defendant Iley E. Brown, Jr. and that the Clerk be requested to issue the appropriate Summons for effecting the said service.

        Respectfully submitted,

        SAMUEL M. SHAPIRO, P.A.

        _/s/_____
        Samuel M. Shapiro #00688
        200-A Monroe Street, #233
        Rockville, MD 20850
        (301) 340-1333

        GURA & POSSESSKY, PLLC

        ___/s/_____
        Alan Gura #453449
        101 N. Columbus Street, #405
        Alexandria, VA 22314
        (703) 835-9085

        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion to Extend Time for Serving Defendant Iley E. Brown, Jr. , postage prepaid, this the 4th day of March, 2008 to:

Stride Records, Inc.
Dion Christopher Smith
7825 Miller Fall Road
Rockville, MD 20855

Iley E. Brown, Jr.
420 Taylor Street, N.E., #14
Washington, D.C.  20017

        __/s/_____
        Samuel M. Shapiro