**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY A. HENDERSON, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 07-2081 (JR) |
| | : |
| UNION SQUARE MUSIC LIMITED, *et al.*, | : |
| | : |
| | : |
| Defendants. | : |

<u>**ORDER**</u>

Plaintiffs' motion for an extension until May 17, 2008, of its time to serve defendant Iley E. Brown, Jr. [#3] is **granted**. Plaintiffs are directed to **show cause by March 28, 2008,** why their claims against defendant Union Square Music Limited should not be dismissed pursuant to F.R.Civ.P. 4(m).  It is **SO ORDERED**.



JAMES ROBERTSON
United States District Judge