IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY A. HENDERSON, et al., | ) | Case No. 1:07-CV-02081 |
| | ) | |
| Plaintiffs, | ) | **RESPONSE RE: ORDER** |
| | ) | **TO SHOW CAUSE** |
| v. | ) | |
| | ) | |
| UNION SQUARE MUSIC, LTD., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## RESPONSE RE: ORDER TO SHOW CAUSE
## OF MARCH 17, 2008

I, Alan Gura, declare as follows:

1.  On or about the final week of December, 2007, service of process was completed in the United Kingdom on defendant Union Square Music, Ltd.

2.  Following service on defendant Union Square Music, Ltd., plaintiffs granted attorneys for Union Square continuing extensions of time to respond to the complaint while the parties negotiated a settlement.

3.  Plaintiffs and defendant Union Square Music have, in fact, successfully settled their dispute, and most necessary signatures on the settlement documents have been obtained as of this writing.

4.  Pursuant to the settlement agreement, Plaintiffs expect that a signed stipulation of dismissal with Union Square will be completed and filed with the Court imminently.

5.  As defendant Union Square has been served, and as a stipulation of dismissal relating to Union Square is forthcoming, dismissal of Union Square pursuant to Fed. R. Civ. P. 4(m) is not warranted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 23rd day of March, 2008.

_____
Alan Gura