**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MARY A. HENDERSON, *et al.*,         :
                                      :
     Plaintiffs,              :
                                      :
  v.                                  : Civil Action No. 07-2081 (JR)
                                      :
UNION SQUARE MUSIC LIMITED, *et al.*, :
                                      :
     Defendants.              :

## ORDER

Upon consideration of plaintiffs' response [#5] to this Court's order to show cause [#4] it is **ORDERED** that the order to show cause is **discharged.**


                                                     JAMES ROBERTSON
                                  United States District Judge