UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY HENDERSON, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNION SQUARE MUSIC LTD., *et al.*,<br><br>    Defendants. | Civil Action No. 1:07-cv-02081 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(l)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Mary Henderson, Teresa Henderson, Linda Henderson, Michael Henderson, Barbara Whitaker and Terry New (collectively "Plaintiffs") file this Stipulation of Dismissal with Prejudice. Pursuant to a settlement agreement between Plaintiffs and Defendant Union Square Music Ltd. ("USM") (Plaintiffs and Defendants collectively, the "Parties"), the Parties have amicably resolved their differences and Plaintiffs no longer wish to pursue their claims against USM. Plaintiffs and USM bear responsibility for their own attorneys' fees and costs.

We, the undersigned, hereby agree to the entry of this Stipulation of Dismissal with Prejudice.

Date: March 31, 2008

_____
Alan Gura (DC Bar No. 453449)
GURA & POSSESSKY, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
Tel: (703) 835-9085
Fax: (703) 997-7665

and

Samuel M. Shapiro (DC Bar No. 176420)
Samuel M. Shapiro P.A.
200 Monroe Street, Suite A233
Rockville, MD 20850
Tel: (301) 340-1333
Fax: (301) 340-1149


Counsel for Plaintiffs Mary Henderson, Teresa Henderson, Linda Henderson, Michael Henderson, Barbara Whitaker and Terry New

Date: March 31, 2008

_____
Scott A. Sher, DC Bar No. 490614
Renata B. Hesse, DC Bar No. 466107
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1700 K Street, NW
Fifth Floor
Washington, DC 20006
Tel: (202) 973-8800
Fax: (202) 973-8899

Counsel for Defendant Union Square Music Ltd.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY HENDERSON, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> UNION SQUARE MUSIC LTD., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:07-cv-02081 <br> ) <br> ) <br> ) <br> ) |

### [PROPOSED] ORDER

Based on the stipulation of Plaintiffs Mary Henderson, Teresa Henderson, Linda Henderson, Michael Henderson, Barbara Whitaker and Terry New (collectively "Plaintiffs") and Defendant Union Square Music Ltd. ("USM") and filed pursuant to Rule 41 (a)(l)(ii) of the Federal Rules of Civil Procedure,

IT IS NOW ORDERED, the above-captioned matter is hereby dismissed with prejudice as to USM without costs to Plaintiffs or USM.

Date: April ___, 2008

_____
Hon. James Robertson
United States District Judge