CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Mary Henderson, et al.
_____
Plaintiff(s)

vs.                                                                                          Civil Action No. 07-2081

Iley Brown, Jr., Stride Records, Inc.
_____
Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __8th__ day of __April__, __2008__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) **Stride Records, Inc.** was [were] (select one):

☐ personally served with process on _____.

☑ served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): **January 23, 2008**.

☐ served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☑ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: **DC Code §§ 13-423(a)(1) & (2), and 13-424**.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)
☑ no extension has been given and the time for filing has expired
☐ although an extension has been given, the time for filing has expired;
and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085

453449
Bar Id. Number                                                                 Name, Address and Telephone Number

## CERTIFICATE OF SERVICE

On this, the 8th day of April, 2008, I served the foregoing Affidavit in Support of Default on the following via first class United States Mail, postage pre-paid:

Deion C. Smith
7825 Miller Falls Road
Rockville, MD 20855
    Registered Agent for Stride Records, Inc.

Lita Rosario
Wyz Girl Entertainment Consulting LLC
1229 15th Street NW
Washington DC 20005

I declare under penalty of perjury that the foregoing is true and correct.

_____
Alan Gura