Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARY A. HENDERSON, et al

    Plaintiff(s)

V.

Civil Action No. 07-2081 (JR)

UNION SQUARE MUSIC LIMITED, et al

    Defendant(s)

RE: STRIDE RECORDS, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on January 23, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 9th day of April, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens
Deputy Clerk