AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Mary Henderson, Teresa Henderson, Linda Henderson, Michael Henderson, Barbara Whitaker and Terry New

SUMMONS IN A CIVIL CASE

V.

Union Square Music Ltd., Iley Brown, Jr. and Stride Records

CASE NUMBER: 1:07-cv-02081 JR

TO: (Name and address of Defendant)

Iley E. Brown, Jr.
420 Taylor Street, N.E., #14C
Washington, D.C. 20017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Samuel M. Shapiro, Esq.      Alan Gura
200-A Monroe St., #233       101 N. Courthouse St., #405
Rockville, MD 20850          Alexandria, VA 22314

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    3/20/08

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  15 May 2008    8:41 PM |
| NAME OF SERVER (PRINT)  J. Andrew Chopivsky | TITLE  Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 1716 Kearney St., NE Washington, DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| to 3 addresses, computer searches, confer w/ neighbors, wait, serve | | $470.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  15 May 2008
            Date            Signature of Server

4005 Davis Place, NW
Washington, DC  20007
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.