**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY A. HENDERSON, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 07-2081 (JR) |
| | : |
| UNION SQUARE MUSIC LIMITED, *et al.*, | : |
| | : |
| | : |
| Defendants. | : |

**ORDER**

The default of defendant Stride Records, Inc., having been entered on 4/9/08, and defendant Iley E. Brown, Jr., being apparently in default now, it is **ORDERED** that plaintiff advise the Court by a status report no later than 6/27/08 whether, and how, it proposes to proceed.

JAMES ROBERTSON
United States District Judge