IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY A. HENDERSON, et al., | ) | Case No. 1:07-CV-02081 |
| | ) | |
| Plaintiffs, | ) | **STATUS REPORT** |
| | ) | **RE: ORDER OF** |
| v. | ) | **JUNE 13, 2008** |
| | ) | |
| UNION SQUARE MUSIC, LTD., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STATUS REPORT RE: ORDER OF JUNE 13, 2008

COME NOW the Plaintiffs, by and through counsel, and submit the following status report re: further proceedings.

1. Stride Records, Inc., is the corporate alter-ego of Iley Brown, Jr. As the Court notes, both Stride and Mr. Brown are in default, default having been entered against Stride.

2. Personal service of the summons and complaint on Mr. Brown has had a very positive effect on the negotiations between the parties. The parties have reached a settlement agreement, and Plaintiffs are awaiting Defendant Brown's executed settlement papers and the performance called for by the agreement.

3. The agreement stipulates that if Defendant Brown does not execute the settlement documents, he has until July 3, 2008, to file whatever response he wishes before the Court. The agreement further stipulates that the parties would seek to have the case held in abeyance until September 3, 2008, the deadline for Brown to complete performance. Upon Brown's performance, Plaintiffs would dismiss the action with prejudice. The agreement stipulates that if Brown does not perform by September 3, 2008, Plaintiffs may seek a default judgment against him and submit their proof of damages accordingly.

4.      Plaintiffs respectfully request that the case be held in abeyance until September 3,

2008, by which time they will either dismiss the action with prejudice, or at which time,

Plaintiffs will proceed to request a default judgment.

Dated: June 20, 2008                      Respectfully submitted,

Samuel M. Shapiro (D.C. Bar No.176420)    Alan Gura (D.C. Bar No. 453449)
Samuel M. Shapiro, P.A.                   Gura & Possessky, PLLC
200 Monroe Street, Suite A233             101 N. Columbus Street, Suite 405
Rockville, MD 20850                       Alexandria, VA 22314
301.340.1333/Fax 301.340.1149            703.835.9085/Fax 703.997.7665

By: _____        By: _____
     Samuel M. Shapiro                   Alan Gura

                                         Attorneys for Plaintiffs